UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BENJAMIN JOHNSON | : |
|     Plaintiff | :   CIVIL ACTION NO.: |
| | : |
| v. | : |
| | : |
| H.I. STONE & SON, INC. | : |
|     Defendant | :   MARCH 15, 2019 |

**PETITION FOR REMOVAL TO FEDERAL COURT**

COME NOW, the defendant, H.I. STONE & SON, INC., through the undersigned counsel, and in accordance with 28 U.S.C. §§ 1332, 1441 and 1446, hereby remove the above-captioned case from the Superior Court of Connecticut, Judicial District of Waterbury at Waterbury to the United States District Court for the District of Connecticut. In support thereof, the defendant avers the following grounds for removal:

1. The plaintiff caused a Complaint to be served upon the defendant on February 15, 2019, and returned the Complaint to the Superior Court of Connecticut, Judicial District of Waterbury entitled *Benjamin Johnson v. H.I. Stone & Son, Inc.*, bearing Docket No.: UWY-CV-19-6045816-S. A copy of the Summons and Complaint is attached hereto as **Exhibit A**.

2. This Notice of Removal is being filed within thirty (30) days after February 15, 2019 and, as such, removal of this action is timely.

3. Plaintiff's Complaint alleges unpaid overtime pursuant to Connecticut Statute §§ 31-68, 31-72 and the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and 29 U.S.C. § 216. Federal statute 28 U.S.C. § 1331 provides, "the district court shall have

original jurisdiction of all civil actions arising under the constitution, laws or treaties of the United States." 29 U.S.C. 216(b) provides "[a]n action to recover the liability prescribed in the preceding sentences may be maintained against any employee (including a public agency) in and Federal or State court of competent jurisdiction."

5. Federal statute 28 U.S.C. § 1441(a) provides that, "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing where such action is pending." *See also Brewer v. Jim's Concrete of Brewer, Inc.*, 538 U.S. 691, 124 S.Ct. 1882, 1883 (2003)(removal of FLSA claim to district court affirmed).

6. Removal venue exists in this Court because the Superior Court where the action is pending is located within the geographical area embraced by the United States District Court, District of Connecticut.

7. Pursuant to 28 U.S.C. § 1446(d) prompt written notice of this Notice of Removal is being given to the plaintiff, through counsel of record, to the Clerk for the Superior Court, Judicial District of Waterbury, and to the Clerk of Court for the United States District Court of Connecticut.

8. No pleadings, process or other papers, other than those attached, have been served upon the defendant.

WHEREFORE, the defendant prays that the above entitled matter, now pending in the Superior Court, Judicial District of Waterbury, be removed to the United States District Court for the District of Connecticut, and that this Court accept jurisdiction of this action.

Respectfully submitted, this 15th day of March, 2019.

**DEFENDANT, H.I. STONE & SON, INC.**

*/s/ David A. Corbett (ct21303)*
David A. Corbett
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
Tel: 860-413-2800
Fax: 860-413-2801
corbett@litchfieldcavo.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically this 15th day of March, 2019 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Leonard A. McDermott, Esq.
35 Porter Ave., 3B
P.O. Box 205
Naugatuck, CT 06770
**Email: len@employeeadvocatesllc.com**

*/s/ David A. Corbett (ct21303)*
David A. Corbett

# EXHIBIT A

State of Connecticut

    Town of Waterbury                                                        February 15, 2019

    County of New Haven

    Then and there by virtue hereof and the special direction of Plaintiff's Attorney, I made due and legal service upon the within named defendant: **H.I. Stone & Son, Inc** by leaving with and within the hands of **Vice President: Harrry Stone III,** at **2210 Thomaston Avenue, Waterbury, Connecticut,** a true and attested copy of the within, Summons – Civil, Complaint, & Statement of Amount in Demand, with my endorsement thereon.

    The within and foregoing is the original, Summons – Civil, Complaint, & Statement of Amount in Demand, with my doings endorsed hereon.

                                                                                            Attest:

                                                                                           *John Barbieri Jr.*
                                                                                            John Barbieri Jr.
                                                                                            State Marshal

| | |
|---|---|
| Service: | $ 40.00 |
| Pages: | $ 5.00 |
| Endorsements: | $ 1.20 |
| Miles: | $ 27.25 |
| | |
| Total Due: | $ 73.45 |

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591-3300 | March 5, 2019 |

| ☒ Judicial District / ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Waterbury | Case type code (See list on page 2) Major: T   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Leonard A. McDermott, Employee Advocates LLC, 35 Porter Ave. 3B, Naugatuck, CT 06770 | 414783 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 ) 723-9610 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): len@employeeadvocatesllc.com

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Benjamin Johnson<br>Address: 154 Lighthouse Road, Woodbury, CT 06798 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: H.I. Stone & Son, Inc.<br>Address: 313 Main Street North, Southbury, CT 06488 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

A True Copy Attest
*John Barbieri Jr.*
John Barbieri Jr.
State Marshal / Indifferent Person

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) *Leonard McDermott* | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left Leonard A. McDermott | Date signed 02/01/19 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: MARCH 5, 2019 : | SUPERIOR COURT |
| : | |
| BENJAMIN JOHNSON : | J.D OF WATERBURY |
| *Plaintiff* : | |
| : | AT WATERBURY |
| VS. : | |
| : | FEBUARY 1, 2019 |
| H.I. STONE & SON, INC. : | |
| *Defendant* | |

## COMPLAINT

### FIRST COUNT

1. The Plaintiff, Benjamin Johnson, resides at 154 Lighthouse Road, Woodbury, CT, 06798.

2. Defendant, H.I. Stone & Son, INC., is located at 313 Main Street North, Southbury, CT, 06488.

3. Plaintiff was employed by the Defendant as an operating foreman up until October 19, 2018.

4. Defendant misclassified Plaintiff as an independent contractor instead of an employee under Connecticut General Statutes § 31-222(a) (I) (B)(ii)(I); (II); and (III).

5. Defendant misclassified Plaintiff as exempt from overtime in violation of Conn. Gen. Stat. §31-60, § 31-76b and § 31-76c.

6. Plaintiff is a non-exempt employee under Conn. Gen. Stat. §31-58f.

7. Plaintiff has consistently worked more than forty (40) hours per week in the two years prior to October 19, 2018.

8. Defendant has refused to pay overtime in violation of Conn. Gen. Stat. §31- 71d even though Plaintiff asked to be paid overtime.

9. Plaintiff has all time records showing overtime hours during all dates described above

- 1 -

and has submitted them to the employer.

10. Plaintiff has suffered monetary damages due to the Defendant's refusal to pay overtime under Conn. Gen. Stat. §31-68 and §31-72.

## SECOND COUNT

Paragraphs 1-10 of the First Count are hereby incorporated as paragraphs of the Second Count as if fully set forth herein.

11. Defendant has misclassified Plaintiff as exempt from overtime in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. §213.

12. Plaintiff has consistently worked over forty (40) hours each week during the three year period prior to October 19th, 2018 and has not received overtime pay in violation of 29 U.S.C. §255 and 29 U.S.C. §207(a).

13. Defendant has refused to pay overtime even though Plaintiff asked to be paid, in violation of the FLSA 29 U.S.C. §207(a) and 29 U.S.C. §255.

14. Plaintiff has kept records of all overtime worked during the preceding three years and has submitted them to the Defendant.

15. Plaintiff has suffered monetary damages due to the Defendant's refusal to pay overtime in violation of the FLSA, as described above.

**WHEREFORE**, Plaintiff prays that this Court award:

1. Monetary damages;

2. Double the amount of overtime wages owed under Conn. Gen. Stat. §31-68 and §31-72 (First Count);

3. Attorney fees under Conn. Gen. Stat. §31-68 and §31-72 (First Count);

4. Interest under §31-265 (First Count);

5. Double the amount of overtime owed under 29 U.S.C. §216(b) (Second Count);

6. Attorney fees under 29 U.S.C. §216(b) (Second Count);

7. Costs of this action; and

8. Any equitable relief this court deems just.

THE PLAINTIFF
BENJAMIN JOHNSON

By: *[signature]*

Leonard A. McDermott
Employee Advocates, LLC
Juris No. 414783
35 Porter Ave., 3B
P.O. Box 205
Naugatuck, CT 06770
Phone: (203) 723-9610
Fax: (203) 723-7854

## STATE OF CONNECTICUT

| | |
|---|---|
| RETURN DATE: MARCH 5, 2019 | SUPERIOR COURT |
| BENJAMIN JOHNSON<br>*Plaintiff,* | J. D. OF WATERBURY |
| | AT WATERBURY |
| VS. | |
| | FEBUARY 1, 2019 |
| H.I. STONE & SON, INC.<br>*Defendant* | |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above matter claims money damages in excess of FIFTEEN THOUSAND ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
BENJAMIN JOHNSON

By: *[signature]*

Leonard A. McDermott
Employee Advocates, LLC
Juris No. 414783
35 Porter Ave., 3B
P.O. Box 205
Naugatuck, CT 06770
Phone: (203) 723-9610
Fax: (203) 723-7854